PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lawanda Clinton**

**Docket No. 0:01CR00056-002-DSD**

**Petition on Probation**

COMES NOW **Lesley I. Parsons**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lawanda Clinton** who was sentenced for Bank Fraud on November 8, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare; mental health aftercare; Rule 25 counseling; cooperate with mental health and housing services; take prescribed medication; financial disclosure; no credit without approval; 90 days electronic monitoring/home confinement; no firearms; and pay $43,509.20 restitution. On September 18, 2002, 20 hours of community service was added.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On August 11, 2005, Ms. Clinton submitted a sweatpatch that tested positive for the presence of cocaine. She admitted to using cocaine and marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall perform 40 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 25th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Lesley I. Parsons
U.S. Probation Officer

Executed on August 25, 2005
Place Minneapolis

SCANNED
AUG 2 5 2005