Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Lawanda Clinton

Docket No. 0:01CR00056-002(DSD)

**HEARING WAIVER**

I, Lawanda Clinton, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 40 hours of community service, as approved by the probation officer.

Signed: LaWanda Clinton

Lawanda Clinton
Probationer

Dated: 8-25-05

Witness: Lesley Parsons

Lesley I. Parsons
U.S. Probation Officer

SCANNED
AUG 2 6 2005
U.S. DISTRICT COURT MPLS