PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lawanda Clinton**

**Docket No. 0:01CR00056-002(DSD)**

**Petition on Probation**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lawanda Clinton** who was sentenced for Bank Fraud on November 8, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare; mental health aftercare; Rule 36 counseling; cooperate with mental health and housing services; take prescribed medication; financial disclosure; no credit without approval; 90 days of electronic monitoring/home confinement; no firearms; and pay $43,509.20 restitution. On September 18, 2002, 20 hours of community service was added. On August 25, 2005, 40 hours of community service was added.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION #5: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On January 6, 2006, Ms. Clinton was discharged for poor attendance from the Wendon Recovery Services chemical dependency program without completion.

> STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

On January 31, 2006, Ms. Clinton failed to report for a scheduled meeting with the probation officer as directed.

SCANNED
FEB 14 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is also recommended the defendant be afforded work release privileges and be allowed to participate in drug treatment as recommended.

ORDER OF THE COURT

Considered and ordered this 13th day of February, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer

Executed on February 6, 2006
Place St. Paul

c: United States Sentencing Commission