Prob 49

RECEIVED
FEB 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Lawanda Clinton

Docket No. 0:01CR00056-002(DSD)

# HEARING WAIVER

I, Lawanda Clinton, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is also recommended the defendant be afforded work release privileges and be allowed to participate in drug treatment as recommended.

Signed: Lawanda Clinton

Lawanda Clinton
Probationer

Witness: [signature]

Dated: 2-4-06

SCANNED
FEB 14 2006
U.S. DISTRICT COURT MPLS