PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 3 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Lawanda Clinton**

**Docket No. 0:01CR00056-002(DSD)**

**Petition on Probation**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lawanda Clinton** who was sentenced for Bank Fraud on November 8, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Mental health aftercare
- Rule 36 counseling
- Cooperate with mental health and housing services
- Take prescribed medication
- Financial disclosure
- No credit without approval
- 90 days of electronic monitoring/home confinement
- No firearms
- Pay $43,509.20 restitution.

*Modified as of 9/18/2002*

20 hours of community service was added.

*Modified as of 8/25/2005*

40 hours of community service was added.

*Modified as of 2/13/2006*

60 days community confinement was added.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.

SCANNED
APR 4 2006
U.S. DISTRICT COURT MPLS

On March 6, 2006, the defendant submitted a urine sample which tested positive for cocaine. The defendant admitted to the use of cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside for a period of 15 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is also recommended the defendant be afforded work release privileges and be allowed to participate in drug treatment as recommended. The 15 days shall be served consecutive to the 60 days ordered by the Court on February 13, 2006.

ORDER OF THE COURT

Considered and ordered this 31st day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer

Executed on March 27, 2006
Place St. Paul

c: United States Sentencing Commission