Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Lawanda Clinton

Docket No. 0:01CR00056-002(DSD)

RECEIVED
APR 3 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## HEARING WAIVER

I, Lawanda Clinton, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for an additional 15 days, (to the previously imposed 60 days) in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is also recommended the defendant be afforded work release privileges and be allowed to participate in drug treatment as recommended.

Signed: LaWanda Clinton

Lawanda Clinton
Probationer

Witness: Daryl Duncan

Dated: 3-16-06

SCANNED
APR 4 2006
U.S. DISTRICT COURT MPLS