**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-56 DSD/JMM |
| | ) | Date: 09/14/06 |
| Lawanda Clinton, | ) | Court Reporter: none |
| | ) | Tape Number: 7/1039-1406 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:05 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: LeeAnn Bell for Tracy Perzel, Assistant U.S. Attorney
Defendant: Scott Tilsen

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Interpreter / Language: none/English

Date Charges Filed: 09/11/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is Friday September 15, 2006 at 9:00 a..m. before U.S. Magistrate Judge Nelson for:
√ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation

Additional Information:

s/AR
Signature of Criminal Duty Clerk