**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Lawanda NMN Clinton,**

**Defendant.**

**Case No. CR 01-56(2) DSD/JMM**

**ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING**

---

Upon motion of the United States it is ORDERED that a detention/ preliminary revocation hearing is set for September 15, 2006, at 9:00 a.m. before Magistrate Judge Susan Richard Nelson, in Courtroom 8E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: September 14, 2006

_s/Susan Richard Nelson____
SUSAN R. NELSON
United States Magistrate Judge