**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-56 DSD/JMM |
| | ) | Date: 09/15/06 |
| Lawanda Clinton, | ) | Court Reporter: None |
| | ) | Tape Number: 7/1530-2093 |
| Defendant. | ) | Time Commenced: 9:00 a.m. |
| | | Time Concluded: 9:20 a.m. |
| | | Time in Court: 20 Minutes |

____ **PRELIMINARY HRG ONLY** _____ **DETENTION HRG ONLY**

__X__ **PRELIMINARY REVOCATION/DETENTION HRG** ____ **REMOVAL HRG**
preliminary 15 min./detention 5 min.

APPEARANCES:

**Plaintiff**: Tracy Perzel
Assistant U.S. Attorney

**Defendant:** Manny Atwal
√ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter: ____none__________________ Language:____English______________

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order

√ Deft bound over to District Court of Minnesota

Additional Information:
Final revocation hearing is Tuesday, September 26, 2006 at 1:45 p.m. before Judge Doty in courtroom 14W.

__s/AR______________
Signature of Criminal Duty Clerk