**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Lawanda NMN Clinton,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 01-56(DSD/JMM) |
| Date: | September 28, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:15 a.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: W. Anders Folk, Assistant U.S. Attorney
Defendant: Manny Atwl : FPD

## PROCEEDINGS:

: **Revocation of Probation - Final Hearing.**
: Defendant admits allegations..

## ORDERED:

: Defendant to remain in custody.
: Defendant is sentenced to: until 11-7-2006 with no supervision to follow.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk