A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 SEP 28 PM 3:14
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-cr-00056 (DVD/JMM)**

Lawanda NMN Clinton

0641-0912-1484-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Lawanda NMN Clinton
a/k/a Cookie

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of Court charging him or her with:

Violation of Probation

Ordered by: David S Doty, United States District Court Senior Judge.

(By) Katie Thompson, Deputy Clerk

September 12, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 SEP 12 P 1:31

ARRESTED ON 9-13-06
ARRESTED BY USMS
DISTRICT OF MINNESOTA
BY ____________

SCANNED
SEP 28 2006
U.S. DISTRICT COURT MPLS