e 101106 USM

Released

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

End-of-Sentence 11/7/06

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.

**Lawanda NMN Clinton**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation)
Case Number: **01-56(2)(DSD/JMM)**
USM Number: **08474-029**
Social Security Number: **9121**
Date of Birth: **1978**

RECEIVED
DEC 20 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Manny Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of: **Standard and Special Conditions** of the term of probation.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition #3 | Failure to follow instructions of probation officer | 08/28/2006 |
| Standard Condition #6 | Failure to notify of change in residence | 08/28/2006 |
| Special Condition #5 | Failure to participate in drug and alcohol program | 06/12/2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**September 28, 2006**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**September 28, 2006**
Date

US MARSHALS SERVICE
RECEIVED
2006 SEP 29 P 1:25

A true printed copy in 2 sheet(s)
of the electronic record filed on ______,
in the United States District Court
for the District of Minnesota.
CERTIFIED, 9/29, 2006.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
DEC 22 2006
U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: LAWANDA NMN CLINTON
CASE NUMBER: 01-56(2)(DSD/JMM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned **until November 7, 2006, with no supervision to follow**.

[] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________

at ______________, with a certified copy of this judgment.

______________
United States Marshal

By ______________
Deputy United States Marshal