CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 01-56 DSD |
| | ) | |
| LAWANDA CLINTON, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on *5/30/2007*, I served, or caused to be served, the following documents:

**Application for Debtor's Examination, Attachment A and OBD 500 Financial Questionnaire**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

Lawanda Clinton
XXXXXXXXXXX
XXXXXXXXXXXXXXX
St. Paul, MN XXXXX

I further certify that I served, or caused to be served, the following document:

**Order for Judgment Debtor Exam signed by the Court**

to non-ECF participants by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

Lawanda Clinton
XXXXXXXXXXX
XXXXXXXXXXXXXXX
St. Paul, MN XXXXX

*s/C. Ann Dasovich*