UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-56 DSD

UNITED STATES OF AMERICA,

Plaintiff,

v. ORDER

LAWANDA CLINTON,

Defendant.

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Dated: August 22, 2007

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE